Wilbert Thomas ARBUCKLE

v.

UNITED STATES of America.

No. 6099.

United States Court of Appeals
Tenth Circuit.

March 27, 1959.

Paul W. Cress, U. S. Atty., and Erwin A. Cook, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before BRATTON, Chief Judge, PICKETT, Circuit Judge, and KNOUS, District Judge.

PER CURIAM.

Affirmed without written opinion, on the ground that the questions raised in the motion filed under the provisions of Title 28 U.S.C. § 2255 could only be reviewed by direct appeal.

HAWKEYE–SECURITY INSURANCE COMPANY

v.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.

No. 6092.

United States Court of Appeals
Tenth Circuit.

May 29, 1959.

Forrest C. O'Dell, Denver, Colo., for appellant.

James L. Treece, Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and HUXMAN and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion. See also 10 Cir., 260 F.2d 361.

William BINDER

v.

C. H. LOONEY, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 6086.

United States Court of Appeals
Tenth Circuit.

May 26, 1959.

Wilbur G. Leonard, U. S. Atty., E. Edward Johnson, Asst. U. S. Atty., Topeka, Kan., Milton P. Beach, Asst. U. S. Atty., Kansas City, Kan., and George E. Peabody, Asst. U. S. Atty., Wichita, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on the ground that the appeal is without merit.

Bennerd James CRAIG

v.

UNITED STATES of America.

No. 6102.

United States Court of Appeals
Tenth Circuit.

June 15, 1959.

James W. Wilson, Denver, Colo., for appellant.

Paul W. Cress, U. S. Atty., and George Camp, Asst. U. S. Atty., Oklahoma City, Okl., for appellee.

Before MURRAH, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed on ground that the notice of appeal was filed out of time.